IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-01602-MSK-MJW

FLORA SCOTT,

    Plaintiff,

v.

JUNIPER PARTNERS, Inc., a Delaware corporation, both d/b/a JUNIPER VILLAGE AT LAMAR, a Colorado skilled nursing facility; and
JUNIPER MANAGEMENT, LLC, a Delaware Limited Liability Company,

    Defendants.

---

## ORDER GRANTING STIPULATED MOTION FOR DISMISSAL OF JUNIPER MEADOWS, LP

THIS MATTER comes before the Court on the parties' Stipulated Motion for Dismissal of Juniper Meadows, LP (Motion) **(#10)** filed August 12, 2010. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED**. All claims made or that could have been made against Defendant Juniper Meadows, LP are dismissed without prejudice. Each party to bear his, her or its own costs and attorney fees. All future captions shall so reflect.

DATED this 17th day of August, 2010.

                                                          **BY THE COURT:**

                                                          */s/ Marcia S. Krieger*
                                                          _____

                                                          Marcia S. Krieger
                                                          United States District Judge