IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01602-MSK-MJW

FLORA SCOTT,

Plaintiff(s),

v.

JUNIPER HAVEN, LP,
JUNIPER PARTNERS, INC., and
JUNIPER MANAGEMENT, LLC,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendants' Unopposed Motion for Entry of Confidentiality Stipulation and Protective Order (docket no. 33) is GRANTED finding good cause shown. The written Confidentiality Stipulation and Protective Order (docket no. 33-1) is APPROVED as amended in paragraphs 23, 24, and 28 and made an Order of Court.

Date: January 26, 2011